583 A.2d 329
STATE OF NEW JERSEY v. GERARDO PRADO.

February 27, 1990.

Petition for certification denied.

583 A.2d 329
STATE OF NEW JERSEY v. PABLO SUAREZ.

February 27, 1990.

Petition for certification denied.

583 A.2d 330
STATE OF NEW JERSEY v. FRANK SEXTON.

February 27, 1990.

Petition for certification denied.

583 A.2d 330
STATE OF NEW JERSEY v. ROOSEVELT RUSH.

February 27, 1990.

Petition for certification denied.

583 A.2d 330
STATE OF NEW JERSEY v. TERRANCE N. KENNEDY.

February 27, 1990.

Petition for certification denied.